UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

NORMAN DAVID BROOKS,

        Plaintiff,

   -against-

FREIDRICH VON LENTHE; MATTHIAS
SCHMIDT; NIKOLAI STULE; VGH;
SPARKASSE; and NORD LB,

        Defendants.

_____X

D*f*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 17 2006 ★

BROOKLYN OFFICE

**CIVIL JUDGMENT**
05-CV-4195 (ARR)(LB)

      Pursuant to the order issued ~~*April 10, 2006*~~ by the undersigned dismissing the complaint, it is

      **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

_____

Allyne R. Ross
United States District Judge

Dated: Brooklyn, New York
    *April 10, 2006*

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.