UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMAN DAVID BROOKS,

      Plaintiff,

 -against-


FRIEDRICH VON LENTHE; MATTHIAS
SCHMIDT; NIKOLAI STULA; VGH;
SPARKASSE; and NORD LB,


      Defendants.
------------------------------------------------------------------X
NORMAN DAVID BROOKS,

      Plaintiff,

 -against-

MANFRED SCHMITT; KAREN WAGNER;
SYLVIA TOENGES; OTTO TOENGES,
SASKIA TOENGES, TOENGES GMBH; TOENGES
WIRTSCHAFT UND FINANZBETREUUNG;
ROHMAN IMMOBILIEN; BERND BODE;
POLIZEI GOETTINGEN; OFFICER REITMANN;
STADT GOETTINGEN; RITA BOPPELL;
SACHA RAULF; SONJA RAULF; MIRIAM
WINTERSTEIN; HUBERT HALLER; HEINER
PAPE; MRS. FEHR; AMTSGERICHT GOETTINGEN;
NORD LB,

      Defendants.
------------------------------------------------------------------X
NORMAN DAVID BROOKS,

      Plaintiff,

 -against-


LANDGERICHT GOETTINGEN;
OBERLANDESGERICHT BRAUNSCHWEIG;
HERR SCHULZE; FRAU MARAHRENS;
MANFRED SCHMITT; KAREN WAGNER;
NORD LB,

      Defendants.
------------------------------------------------------------------X

JUDGMENT
05-CV- 4195 (ARR)

06-CV- 00034 (ARR)

06-CV- 00037 (ARR)

JUDGMENT
05-CV- 4195 (ARR)
06-CV- 0034 (ARR)
06-CV- 0037 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 16, 2006, denying the motion to reconsider the Court's Orders dismissing the complaints; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that the motion to reconsider the Court's Orders dismissing the complaints is denied; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.


Dated: Brooklyn, New York
May 19, 2006

                                                   ROBERT C. HEINEMANN
                                                 Clerk of Court